1  Rod D. Margo (State Bar No.: 97706)
   Christopher B. Queally (State Bar No.: 229154)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   E-mail: rmargo@condonlaw.com
5  E-mail: cqueally@condonlaw.com

6  Attorneys for Defendant
   QANTAS AIRWAYS LTD.
7
   Brian J. Lawler (State Bar No.: 221488)
8  PILOT LAW, P.C.
   101 W. Broadway, Suite 1050
9  San Diego, California 92101
   Telephone: (619) 255-2398
10 Facsimile:  (619) 231-4984

11 Attorney for Plaintiff
   JEAN BARNARD
12
                 UNITED STATES DISTICT COURT
13
                 CENTRAL DISTRICT OF CALIFORNIA
14

15 | JEAN BARNARD,                | ) | Case No. CV 09-3874 CAS (CTx)
16 |          Plaintiff,          | ) | [Previously numbered 09-cv-0909 BTM (BLM). Transferred from
17 |      vs.                     | ) | U.S.D.C. for the Southern District of Cal. to U.S.D.C. for the Central
18 | QANTAS AIRWAYS LTD,          | ) | District of Cal. May 29, 2009]
19 |          Defendant.          | ) | **PROTECTIVE ORDER RE PASSENGER LIST**
20 |                              | ) |
21 |                              | ) | [Stipulation for Protective Order filed separately and concurrently herewith]
22 |                              | ) |

23
        GOOD CAUSE appearing, it is hereby ORDERED:
24
        1.    The passenger list for QantasLink Flight Number 1936 shall be
25
   produced by defendant Qantas Airways Ltd. ("Qantas") to plaintiff Jean Barnard
26
   ("plaintiff").
27
        2.    Plaintiff shall not disseminate, transmit, publish, disclose, or provide
28

STIPULATION FOR PROTECTIVE ORDER RE PASSENGER
LIST
CASE NO.:  CV 09-3874 CAS (CTx)
8437V.1

access to the passenger list, other than to plaintiff's counsel of record in this case, Brian J. Lawler, and the staff employed by Brian J. Lawler at Pilot Law, P.C. who are performing work on this case, and to whom disclosure of the passenger list is necessary.

3.  Plaintiff's counsel of record in this case Brian J. Lawler, and the staff employed by Brian J. Lawler at Pilot Law, P.C., shall not disseminate, transmit, publish, disclose, or provide access to the passenger list to any other person, entity or party.

4.  The passenger list shall be used by plaintiff, plaintiff's counsel of record in this case Brian J. Lawler, and the staff employed by Brian J. Lawler at Pilot Law, P.C., for purposes of this litigation exclusively.

5.  Upon a resolution of the above-referenced action either by judgment, dismissal, settlement, or other resolution, plaintiff, plaintiff's counsel of record in this case Brian J. Lawler, and the staff employed by Brian J. Lawler at Pilot Law, P.C., shall immediately destroy the passenger list and all copies or reproductions of the passenger list, regardless of format.

IT IS SO ORDERED.

Dated:  March 08, 2010

*CAROLYN TURCHIN*_____
Honorable Carolyn Turchin
United States District Judge, Central District of California

STIPULATION FOR PROTECTIVE ORDER RE PASSENGER LIST
CASE NO.: CV 09-3874 CAS (CTx)

2

8437V.1